# JPMorgan Chase & Co.

**Frederic L. Lieberman**
Executive Director / Assistant General Counsel
Legal Department

May 26, 2015

<u>Via ECF</u>

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>Gerald Jones v. JPMorgan Chase Bank, N.A., et ano.</u>
             (U.S. Dist. Ct., S.D.N.Y., 15 CV 03512 (RA))

Your Honor:

      The JPMorgan Chase Legal Department represents Defendants JPMorgan Chase Bank, N.A. and Agustin Velasco in the above-entitled action. I am enclosing a copy of a Stipulation and Order executed by counsel for Plaintiff and Defendants. The Stipulation provides for a four-week extension of Defendants' time to serve their Answer to the Complaint from Wednesday, May 27, 2015, to Wednesday, June 24, 2015. This is Defendants' first request for an extension of its time to serve their Answer. Defendants respectfully request that the Stipulation be So Ordered.

                              Respectfully,

                              s/ *Frederic L. Lieberman*

FLL
Encl.
cc:    Walker G. Harman, Jr., Esq. (via email – wharman@theharmanfirm.com)

JPMorgan Chase & Co. • NY1-E076, Four New York Plaza, Floor 19, New York, NY 10004-2413
Telephone: 212 623 1510 – Fax: 212 623 1796
frederic.l.lieberman@jpmchase.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GERALD JONES,

       Plaintiff,

  -against-

JPMORGAN CHASE BANK, N.A., and AGUSTIN
VELASCO, individually,

       Defendants.

------------------------------------------------------------------X

ECF

15 CV 03512 (RA)

**STIPULATION AND ORDER**

**IT IS STIPULATED AND AGREED,** by and between the undersigned, that the time for Defendants JPMorgan Chase Bank, N.A. and Agustin Velasco to answer the Complaint be, and hereby is, extended from Wednesday, May 27, 2015 to and including Wednesday, June 24, 2015.

Dated: New York, New York
   May 22, 2015

**THE HARMAN FIRM, PC**

By: _____
  Walker G. Harman, Jr., Esq.
  Owen H. Laird, Esq.
Attorneys for Plaintiffs
1776 Broadway, Suite 2030
New York, NY 10019
(212) 425-2600
wharman@theharmanfirm.com

**JPMORGAN CHASE LEGAL DEPARTMENT**

By: _____
  Frederic L. Lieberman, Esq.
Attorneys for Defendants JPMorgan Chase
  Bank, N.A. and Agustin Velasco
Four New York Plaza, 19th Floor
New York, New York 10004-2413
(212) 623-1510
frederic.l.lieberman@jpmchase.com

**SO ORDERED**:
_____, 2015

_____
RONNIE ABRAMS
United States District Judge