```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GERALD JONES,

               Plaintiff,

   -against-

JPMORGAN CHASE BANK, N.A., and AGUSTIN VELASCO, individually,

               Defendants.

------------------------------------------------------------X

ECF

15 CV 03512

**STIPULATION AND ORDER**

**IT IS STIPULATED AND AGREED,** by and between the undersigned, that the time for Defendants JPMorgan Chase Bank, N.A. and Agustin Velasco to answer the Complaint be, and hereby is, extended from Wednesday, May 27, 2015 to and including Wednesday, June 24, 2015.

Dated: New York, New York
       May 22, 2015

**THE HARMAN FIRM, PC**

By: _____
    Walker G. Harman, Jr., Esq.
    Owen H. Laird, Esq.
Attorneys for Plaintiffs
1776 Broadway, Suite 2030
New York, NY 10019
(212) 425-2600
wharman@theharmanfirm.com

**JPMORGAN CHASE LEGAL DEPARTMENT**

By: _____
    Frederic L. Lieberman, Esq.
Attorneys for Defendants JPMorgan Chase
    Bank, N.A. and Agustin Velasco
Four New York Plaza, 19th Floor
New York, New York 10004-2413
(212) 623-1510
frederic.l.lieberman@jpmchase.com

Granted.  5/27/15

**SO ORDERED:**

_____
**HON. PAUL A. ENGELMAYER**
**UNITED STATES DISTRICT JUDGE**