UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GERALD JONES,

    Plaintiff,

 - against -

JPMORGAN CHASE BANK, N.A., and
AGUSTIN VELASCO,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 15 Civ. 03512-PAE

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant JPMorgan Chase Bank, N.A. certifies that JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of JPMorgan Chase & Co.  JPMorgan Chase & Co. is a publicly held corporation that has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
   June 24, 2015

            Respectfully submitted,

            SEYFARTH SHAW LLP

            By:  /s/ John T. DiNapoli
               John T. DiNapoli

            Robert S. Whitman
            620 Eighth Avenue
            New York, New York  10018-1405
            Tel: (212) 218-5500
            Fax: (212) 218-5526
            jdinapoli@seyfarth.com
            rwhitman@seyfarth.com

            *Attorneys for Defendants JPMorgan Chase*
            *Bank, N.A. and Agustin Velasco*