# SEYFARTH SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-3355

Writer's e-mail
jdinapoli@seyfarth.com

February 22, 2016

**VIA ECF**

Hon. Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Jones v. JPMorgan Chase Bank N.A., et al., No. 15-cv-03512-PAE

Dear Judge Peck:

This firm represents the defendants in the above matter. On Thursday, February 18, 2016, the parties received notice of an Order for Settlement Conference, set for Thursday, February 25, 2016. The parties jointly request that the settlement conference be rescheduled to a date convenient for the Court. The parties make this request for two reasons. First, Plaintiff's counsel has a previously scheduled deposition in a different case set to occur at the same time. Second, it is unlikely that Defendants will secure additional settlement authority, above the authority previously obtained at the time of the parties' mediation, by this Thursday.

This is the parties first request that the settlement conference be adjourned. The parties participated in a mediation on Monday, December 7, 2015, using a court-appointed mediator. The parties scheduled a settlement conference with Your Honor for Friday, December 11, 2015. Following this court-appointed mediation, Defendants informed Your Honor that based on what was discussed during the mediation, Defendants' position at the settlement conference would likely not be materially different from their last position during the mediation. As a result, the parties' jointly requested that the settlement conference be cancelled, which was so ordered by the Court.

The parties are generally available during March for a settlement conference, but respectfully ask that the following dates be avoided should Your Honor grant the parties' request to reschedule.

Dates to Avoid:  February 29 - March 3, 2016; March 8 - March 11, 2016; March 16, 2016; March 22- 24, 2016.

24791305v.1



We thank the Court for its consideration.

          Respectfully submitted,

          SEYFARTH SHAW LLP

          */s/ John T. DiNapoli*

          John T. DiNapoli

cc:    Walker G. Harman, Jr.
        Owen H. Laird

24791305v.1