# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: February 23, 2016   Total Number of Pages:

**MEMO ENDORSED:**

Conf. rescheduled at parties' request to March 14, 2016 at 10 AM. Settlement memos due 3/7/16. Clients to attend.

Copies by ECF to: All Counsel
　　　　　　　　Judge Engelmayer

# SEYFARTH SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-3355

Writer's e-mail
jdinapoli@seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/23/16

**MEMO ENDORSED** 2/23/16

February 22, 2016

**VIA ECF**

Hon. Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**BY ECF**

[Handwritten endorsement:] Conf rescheduled at parties' request to 3/14/16 at 10 AM. [illegible] papers due 3/7/16. Chambers to alert.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Re:   Jones v. JPMorgan Chase Bank N.A., et al., No. 15-cv-03512-PAE

Dear Judge Peck:

This firm represents the defendants in the above matter. On Thursday, February 18, 2016, the parties received notice of an Order for Settlement Conference, set for Thursday, February 25, 2016. The parties jointly request that the settlement conference be rescheduled to a date convenient for the Court. The parties make this request for two reasons. First, Plaintiff's counsel has a previously scheduled deposition in a different case set to occur at the same time. Second, it is unlikely that Defendants will secure additional settlement authority, above the authority previously obtained at the time of the parties' mediation, by this Thursday.

This is the parties first request that the settlement conference be adjourned. The parties participated in a mediation on Monday, December 7, 2015, using a court-appointed mediator. The parties scheduled a settlement conference with Your Honor for Friday, December 11, 2015. Following this court-appointed mediation, Defendants informed Your Honor that based on what was discussed during the mediation, Defendants' position at the settlement conference would likely not be materially different from their last position during the mediation. As a result, the parties' jointly requested that the settlement conference be cancelled, which was so ordered by the Court.

The parties are generally available during March for a settlement conference, but respectfully ask that the following dates be avoided should Your Honor grant the parties' request to reschedule.

Dates to Avoid:   February 29 - March 3, 2016; March 8 - March 11, 2016; March 16, 2016; March 22- 24, 2016.

24791305v.1



Hon. Andrew J. Peck
February 22, 2016
Page 2

We thank the Court for its consideration.

>Respectfully submitted,
>
>SEYFARTH SHAW LLP
>
>*/s/ John T. DiNapoli*
>
>John T. DiNapoli

cc:   Walker G. Harman, Jr.
      Owen H. Laird

24791305v.1